BRIAN STRETCH
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
ADAM LAZAR, CSBN 237485
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 268-5601
    Facsimile: (415) 744-0134
    E-Mail: adam.lazar@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACIELA LIZARDI ESTRADA,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 5:16-cv-06998-EJD<br><br>**JOINT STUPULATION AND [~~PROPOSED~~] ORDER FOR EXTENSION OF TIME** |

Defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to file her Opposition to Plaintiff's Opening Brief, originally due on June 15, 2017, by 30 days, through and including Monday, July 17, 2017 (30 days falls on the preceding weekend). This is the Commissioner's first request for an extension of time in this matter.

An extension of time is needed in order to prepare Defendant's opposition because of the drafting attorney's workload in the current two-week period, including a Ninth Circuit answering brief, two summary judgment motions, an EAJA opposition, and a motion to remand, in addition to the brief due in this matter. In addition, counsel is getting married on June 24, which has

Stipulation for Extension of Time; 5:16-cv-06998-EJD            1

caused significant additional pressure on counsel's schedule. This request is made in good faith with no intention to unduly delay the proceedings.

Counsel's office conferred with Plaintiff's counsel, who had no objection to this request, on June 21, 2017.

                                        Respectfully submitted,

Dated: June 21, 2017             BRIAN STRETCH
                                        United States Attorney
                                        DEBORAH LEE STACHEL
                                        Regional Chief Counsel, Region IX
                                        Social Security Administration

                            By:    /s/ *Adam Lazar*
                                        ADAM LAZAR
                                        Special Assistant U.S. Attorney

                                        Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

Date: June 21, 2017            By: _____
                                        THE HON. EDWARD J. DAVILA
                                        UNITED STATES MAGISTRATE JUDGE