United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GRACIELA LIZARDI ESTRADA,<br>Plaintiff,<br>v.<br>NANCY A. BERRYHILL,<br>Defendant. | Case No. 5:16-cv-06998-EJD<br><br>**JUDGMENT** |

Plaintiff's Motion for Summary Judgment having been granted and Defendant's Motion for Summary Judgment having been denied;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Plaintiff.

**IT IS SO ORDERED.**

Dated: March 19, 2018

EDWARD J. DAVILA
United States District Judge

Case No.: 5:16-cv-06998-EJD
JUDGMENT

1